(47 South. 540.)

No. 17,336.

## STATE v. DUNLAP.

## In re DUNLAP.

(Nov. 4, 1908.)

STATE v. BANTA FOLLOWED.

The judgment in this case is based on the reasons assigned in the case of State v. Banta (No. 17,333) 47 South. 538, ante, p. 235, this day decided.

(Syllabus by the Court.)

James E. Dunlap was indicted for crime. From an order of the judge refusing to recuse himself, he applies for certiorari and prohibition. Order reversed, and case remanded.

Walter Lemann, John Howell Pugh, and Edward Nicholls Pugh, for relator. Respondent Judge, pro se.

MONROE, J. The question presented in this case is the same as that this day decided in the case of State v. Banta (No. 17,333) 47 South. 538, ante, p. 235.

For the reasons assigned in that case, therefore, it is ordered, adjudged, and decreed that the judgment herein complained of, whereby the respondent judge overruled the motion for his recusation, be avoided and reversed, and that this case be remanded, to be proceeded with according to law and to the views expressed in the opinion mentioned.